1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAEYOUNG LEE and JAEYOUNG PARK, wife and husband, and the marital community composed thereof,<br><br>     Plaintiffs,<br><br>  v.<br><br>KOREA AIR LINES CO., LTD., a foreign corporation,<br><br>     Defendant. | CASE NO. C18-1242-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to file an answer to the complaint (Dkt. No. 6.) Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The deadline for Defendant to file its answer to Plaintiffs' complaint is hereby EXTENDED to November 6, 2018.

\\

\\

\\

1    DATED this 24th day of October 2018.

2                                        William M. McCool
                                         Clerk of Court
3

4                                        s/Tomas Hernandez
                                         Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26